# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO CESAR ZUNIGA PACHECO** , | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:26–CV–01128–DC–AC** |
| v. | |
| **TODD M. LYONS** , | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/31/2026 .**

ENTERED:   **March 31, 2026**        /s/ **Keith Holland**
                                                        Clerk of Court